IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No. 5:26-CR-121 (AJB) |
| **v.** | ) |
| **PAIGE KINCHELOE,** | ) Violation: 18 U.S.C. § 2252A(a)(5)(B) [Access with intent to view child pornography] |
| **Defendant.** | ) |
| | ) 1 Count |
| | ) County of Offense: Jefferson |

**INFORMATION:**

**COUNT 1**
[**Accessing with Intent to View Child Pornography**]

On or about May 14, 2024, in Jefferson County in the Northern District of New York, the defendant, **PAIGE KINCHELOE**, knowingly accessed with intent to view material containing an image of child pornography, namely a Telegram chat within which Individual 1 sent the defendant video files, where such video files contained an image of child pornography as defined in 18 U.S.C. § 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, such image having been shipped and transported using any means or facility of interstate and foreign commerce and in and affecting such commerce by any means, including by computer, in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).

Dated: May 5, 2026

TODD BLANCHE
Acting Attorney General

JOHN A. SARCONE III
First Assistant U.S. Attorney

By: ______________________
Michael D. Gadarian & Adrian LaRochelle
Assistant United States Attorneys
Bar Roll Nos. 517198 & 701266