# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK

Syracuse Office

4 Clinton Square
3RD FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

Albany Office

54 State Street
STE 310
ALBANY, NY 12207
(518) 436-1850
FAX (518) 436-1780

Eric Schillinger, Federal Public Defender
Emma Reynolds, First Assistant

September 8, 2026

Honorable Anthony J. Brindisi
United States District Judge
10 Broad Street
Utica, New York 13501

**RE: United States v. Paige Kincheloe**
**Case No. 5:26-CR-0121 (AJB)**

Dear Judge Brindisi:

The defense respectfully requests a 14-day adjournment of the deadline to file its sentencing memorandum in this case. The initial presentence report was issued on August 26, 2026, and the parties' objections are due tomorrow, September 9, 2026. Defense counsel submitted preliminary questions to Probation last week about information contained in the initial PSR and requested an opportunity to review supporting documentation that has not yet been made available to the defense. Because of the outstanding questions we have about the presentence report, we respectfully request additional time to submit our sentencing memorandum.

Thank you for your consideration.

Respectfully,

OFFICE OF THE FEDERAL PUBLIC DEFENDER

By: */s Anne LaFex*
Assistant Federal Public Defender

Cc: Adrian LaRochelle, AUSA (by CM/ECF)
Paige Kincheloe (by mail)